UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROGER WILLIAMS MEDICAL CENTER          :
                                       :
            v.                         :          C.A. No. 13-558M
                                       :
JOSEPH E. NOONAN, JR., M.D.            :

## NOTICE OF DISMISSAL

The plaintiff dismisses this action without prejudice.

Respectfully submitted,

ROGER WILLIAMS MEDICAL CENTER

By its Attorneys,


/s/ William E. O'Gara
William E. O'Gara (#4257)
PANNONE LOPES DEVEREAUX & WEST LLC
317 Iron Horse Way, Suite 301
Providence, RI 02908
(401) 824-5100
(401) 824-5123 (fax)
wogara@pldw.com

Dated:  March 13, 2014